UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Thomas L d'Aquin
Plaintiff

15-549

SECT. N MAG. 1

-vs-

Scott Norris
Defendant
John Fahrman
Defendant
Catherine Kahrs
Defendant
Brett Stoltz
Defendant
New York Life Secutities
Defendant
New York Long Term Care
Charmaine Goodman
New York Life
Mike Higginbotham
New York Life Long Term Care
Chris Chau
New York Life Agency Standards
Defendant
New York Life Legal Department
John Fox
Zurich Insurance
Defendant
James Donelon Commissioner of Insurance for Louisiana
Kevin Welton
New York Life

Complaint

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA has jurisdiction in this because of the multiple locations of the defendants and the fact that the Home Office of New York Life is New York but maintains registered offices in New Orleans, La and the Eastern District of New Orleans and Mr. Donelon Insurance Commissioner of Louisiana

Parties

All parties marked or named as defendants worked together to fraudulently collect premiums and will be listed as one because they have worked together.

Mr. d'Aquin will be referred as Plaintiff throughout this complaint and also ACES and ATE Inc

I

New York Life informed me that my payments on my were going to an unnamed and never mentioned person on the beneficiary page. They decided to change this because the person indicated on the beneficiary page was not a citizen, black and was only trying to kill me for the insurance. New York Life also did not follow the company supervisory procedures by not requiring information of the beneficiary. Thus, the beneficiary would have never been able to collect death benefits. The premiums were fraudulently acquired.

II

All premiums were scheduled to be returned at one or another but we're not because defendants stated because I sent letters they would return the funds.Thus, in violation of State and Federal Insurance Laws.

Mr. Donelon's and his office are working together to protect the Insurance companies who help his reelection campaign

III

Violation of Civil Rights

The Civil Rights Act of 1964 enacted 18 U.S.C. § 245(b)(2), which permits federal prosecution of anyone who "willingly injures, intimidates or interferes with another person, or attempts to do so, by force because of the other person's race, color, religion or national origin" [1] because of the victim's attempt to engage in one of six types of federally protected activities, such as attending school, patronizing a public place/facility, applying for employment, acting as a juror in a state court or voting.

IV

New York Life Office under Scott Norris continues to punish by issuing checks that are incorrect and sometimes not collectible.these checks originate out of the New Orleans Office accounts.

Demand

Plaintiff is seeking return of all premiums in excess of Twenty Thousand Dollars and numerous fees due to the allegations of Beneficiary having issues of citizenship and all the pain and suffering of relationship that stopped for periods of time

Option to amend to amend complaint as needed

Date 02/19/2015

Thomas L d'Aquin
7625 Hickory St
New Orleans,La 70118
225 614 7100