UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THOMAS L. D'AQUIN | CIVIL ACTION |
| VERSUS | NO. 15-549 |
| SCOTT NORRIS, ET AL. | SECTION "N"  (1) |

### O R D E R

Considering Plaintiff's Motion for Temporary Restraining Order (Rec. Doc. 8);

**IT IS ORDERED** that the motion is hereby **DENIED**.  The motion fails to comply with Rule 65(b) of the Federal Rules of Civil Procedure.  Moreover, the motion is difficult to understand and, in many instances, is nonsensical.  The Court recommends that the Plaintiff seek the assistance of legal counsel in this matter.

New Orleans, Louisiana, this 27th day of February 2015.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**