UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

THOMAS L. d'AQUIN                                   CIVIL ACTION

VERSUS                                              NO. 15-549-KDE-SS

SCOTT NORRIS, et al

## ORDER

On February 19, 2015, plaintiff, Thomas L. d'Aquin, filed a complaint against Scott Norris and others.  Mr. d'Aquin is proceeding *in forma pauperis* and without the assistance of counsel.  The complaint concerns a dispute over insurance premiums on a policy issued by New York Life.  Mr. d'Aquin alleges that his civil rights were violated.  Rec. doc. 1.

On February 25, 2015, an amended complaint, a motion for temporary restraining order and a request for subpoenas were filed.  Rec. doc. 5, 7 and 8.  The District Judge denied the motion for temporary restraining order and recommended that Mr. d'Aquin secure counsel.  Rec. doc. 10.  The request for subpoenas was denied.  Rec. doc. 9.

The record does not reflect proof of service of the complaint and amended complaint on any of the defendants.  Although the complaint was filed on February 19, 2015, Mr. d'Aquin does not have an unlimited amount of time to serve defendants.  The Federal Rules of Civil Procedure provide:

> If a defendant is not served within 120 days after the complaint is filed with the court–on motion or on its own after notice to the plaintiff–must dismiss the action without prejudice against that defendant or order that service be made within a specified time.

Fed. R. Civ. P. 4(m).

Mr. d'Aquin is sending emails to the undersigned Magistrate Judge.  This is improper.  The Local Rules for the Eastern District describe how litigants are required to communicate with

the Court.  (http://www.laed.uscourts.gov/rules-and-orders) Although pro se plaintiffs are entitled to some leniency, "the right of self-representation does not exempt a party from compliance with relevant rules of procedural and substantive law." Birl v. Estelle, 660 F.2d 592, 593 (5th Cir. 1981) (citing Faretta v. California, 422 U.S. 806, 95 S.Ct. 2525, 2541 n.46 (1975).

IT IS ORDERED that:  (1) Thomas L. d'Aquin, plaintiff, shall refrain from sending emails to the undersigned Magistrate Judge; (2) Mr. d'Aquin shall comply with the Local Rules of the Court and the Federal Rules of Civil Procedure; and (3) **Mr. d'Aquin's failure to comply with this order may result in the imposition of sanctions, including a recommendation that Mr. d'Aquin's complaint and amended complaint be dismissed without prejudice.**

New Orleans, Louisiana, this 6th day of March, 2015.

  _____
  **SALLY SHUSHAN**
  **United States Magistrate Judge**