UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THOMAS L. D'AQUIN ET AL | * | CASE NOS. 15-0549, 15-0761 |
| | * | |
| V. | * | |
| | * | |
| SCOTT NORRIS, ET AL. | * | JUDGE ENGLEHARDT |
| | * | |
| | * | |
| | * | MAG. JUDGE SHUSHAN |

### MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come plaintiffs, Thomas L. D'Aquin, Esther Kelly, ACES Tennis Foundation, Corp., and ATE, Inc. ("Plaintiffs"), and represent that they has reached an amicable resolution of the disputes with New York Life Insurance Company ("New York Life"), and move this Court to dismiss the captioned matters, with prejudice, each party to bear their own costs. Plaintiffs further moves the Court to incorporate the terms of the settlement agreement entered into between Plaintiffs and New York Life into the order of dismissal, and to otherwise retain jurisdiction over this matter for the purpose of enforcing the terms of the foregoing settlement agreement.

Accordingly, Plaintiffs, Thomas L. D'Aquin, Esther Kelly, ACES Tennis Foundation, Corp., and ATE, Inc., pray that the present motion be granted and that the captioned matter be dismissed, with prejudice, each party to bear their own costs. Plaintiffs further pray that the Court incorporate the terms of the settlement agreement entered into between themselves and New York Life Insurance Company into the order of dismissal, and otherwise retain jurisdiction over this matter for the purpose of enforcing the terms of the foregoing settlement agreement.


_____
Thomas L. D'Aquin
7625 Hickory Street
New Orleans, Louisiana
(225) 614-7100

*PRO SE, Individually and As Representative for ACES Tennis Foundation, Corp. and ATE, Inc.*

_____
Esther Kelly
7625 Hickory Street
New Orleans, Louisiana
(225) 614-7100

*PRO SE*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of April, 2015, I filed the foregoing with the Clerk of Court and transmitted a copy thereof to all counsel of record.

_____
Thomas L. D'Aquin