UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THOMAS L. D'AQUIN ET AL | * | CASE NOS. 15-0549, 15-0761 |
| V. | * | |
| SCOTT NORRIS, ET AL. | * | JUDGE ENGLEHARDT |
| | * | MAG. JUDGE SHUSHAN |

### ORDER OF DISMISSAL

Considering the foregoing Motion to Dismiss With Prejudice;

IT IS HEREBY ORDERED AND DECREED that the Motion to Dismiss with Prejudice be granted and that captioned litigation be dismissed, with prejudice, each party to bear its own costs.

IT IS FURTHER ORDERED AND DECREED that the terms of the settlement agreement entered into between plaintiffs, Thomas L. D'Aquin, Esther Kelly, ACES Tennis Foundation, Corp., and ATE, Inc., and defendant, New York Life Insurance Company, are incorporated herein, and the Court shall retain jurisdiction over this matter for the purpose of enforcing the terms of said settlement agreement.

_____
JUDGE